[No. 35079-3-II.  Division Two.  October 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN ALLEN BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-00673-2, Christine A. Pomeroy and Richard D. Hicks, JJ., and David Draper, J. Pro Tem., entered August 15, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 35270-2-II.  Division Two.  October 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ADA CECILIA MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-00730-0, Sally F. Olsen, J., entered August 23, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 35896-4-II.  Division Two.  October 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCADIO AGUILAR-TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-01154-6, John F. Nichols, J., entered February 2, 2007. *Remanded* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 35966-9-II.  Division Two.  October 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RANPHEL DEMOURNS HOLLOMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01926-3, Stephanie A. Arend, J., entered January 29, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.